# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PRESTON G. DEMOUCHET, JR.

NO. 2025 KW 0741

**NOVEMBER 3, 2025**

---

In Re:    Preston G. Demouchet, Jr., applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 95-141810.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** This application appears to be a writ of habeas corpus filed in this court in the first instance. Relator must first seek relief in the district court. Furthermore, the Louisiana Supreme Court has exclusive supervisory jurisdiction in cases where the sentence was imposed prior to July 1, 1982, and the application concerns the conviction or sentence. See La. Const. art. V, § 5(E).

                         WIL
                         EW
                         CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT